UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICTORIANO CARRILLO PABLO,

Petitioner,

v.

JULIO HERNANDEZ, *et al.*,

Respondents.

Case No. C26-2601-RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge: The Court has revied the Motion for Temporary Restraining Order filed in this case, Dkt. #2, and determined that the relief it seeks is moot.  Petitioner requests that the Court "order[] Respondents not to transfer the Petitioner outside of Oregon." *Id*. at 2.  However, this Case was transferred to this Court from the District of Oregon due to Petitioner's habeas petition being filed after he was transferred from Oregon to Washington.  *See* Dkt. #7, #8, #9.  Accordingly, the Court STRIKES Dkt. #2 as moot.

DATED this 27th day of July, 2026.

JOSHUA C. LEWIS, Clerk

By:     /s/ Tajma Eaton
        Deputy Clerk

MINUTE ORDER - 1